638 A.2d 1259

IN THE MATTER OF CAPITOLA B. YOUNG, AN ATTORNEY AT LAW.

March 28, 1994.

ORDER

CAPITOLA B. YOUNG of EAST ORANGE, who was admitted to the bar of this State in 1984, having tendered her consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that CAPITOLA B. YOUNG, is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that she be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with disbarred attorneys.